# United States District Court

WESTERN DISTRICT OF WASHINGTON

SALLY K. TAYLOR

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C10-5891RBL/KLS

__  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

1) The Court adopts the Report and Recommendation;

2) The ALJ erred in her decision as described in the Report and Recommendation; and

3) The matter is therefore REVERSED and remanded to the Commissioner for further administrative proceedings.


| November 15, 2011 | WILLIAM M. McCOOL |
|---|---|
| Date | Clerk |

*s/CM Gonzalez*
Deputy Clerk