1                          United States District Judge Ronald B. Leighton

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| 9  | SALLY K. TAYLOR, | ) |
| | | ) CASE NO.  3:10-cv-5891-RBL |
| 10 | Plaintiff, | ) |
| | | ) |
| 11 | v. | ) ORDER FOR EAJA FEES, EXPENSES, |
| | | ) AND COSTS |
| 12 | MICHAEL J. ASTRUE, | ) |
| | Commissioner of Social Security, | ) |
| 13 | | ) |
| | | ) |
| 14 | | ) |

15

16        Based upon the Stipulation of the parties, the Equal Access to Justice Act (EAJA), 28

17 U.S.C. § 2412, and Plaintiff's EAJA petition, it is hereby ordered that EAJA attorney fees of

18 $3,885.12 and expenses of $21.06, for a total of $3,906.18, shall be awarded to Plaintiff. *See*

19 *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).  If it is determined that Plaintiff's EAJA fees are not

20 subject to any offset allowed under the Department of the Treasury's Offset Program, then the

21 check for EAJA fees shall be made payable to Amy Gilbrough, based upon Plaintiff's

22 assignment of these amounts to Plaintiff's attorney.  Any check for EAJA fees shall be mailed to

23

24

25

ORDER FOR EAJA FEES, COSTS AND EXPENSES
[No. 3:10-cv-5891-RBL] - 1

Douglas Drachler McKee & Gilbrough, LLP
1904 Third Avenue   Suite 1030
Seattle, WA 98101
(206) 623-0900

1   Plaintiff's counsel, Amy Gilbrough, at 1904 Third Ave., Suite 1030, Seattle, Washington 98101.

2   There are no costs under 28 U.S.C. §1920.

3   Dated this 14th day of December, 2011.

4

5

6   _____

7   RONALD B. LEIGHTON
    UNITED STATES DISTRICT JUDGE

8

9   Presented by:

10

11  S/AMY M. GILBROUGH_____
    AMY M. GILBROUGH
    Attorney for Plaintiff

12

13

14

15

16

17

18

19

20

21

22

23

24

25

ORDER FOR EAJA FEES, COSTS AND EXPENSES
[No. 3:10-cv-5891-RBL] - 2

Douglas Drachler McKee & Gilbrough, LLP
1904 Third Avenue   Suite 1030
Seattle, WA 98101
(206) 623-0900